THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CERRONE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered February 10, 1977, convicting him of sodomy in the first degree and sexual abuse in the first degree, upon a jury

verdict, and imposing sentence. Judgment affirmed (see *People v Crimmins,* 36 NY2d 230). Suozzi, J. P., Gulotta, Shapiro and Margett, JJ., concur.